**08 CV 02166**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

CI INVESTMENTS INC.,

                Plaintiff,

    - v. -

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,

                Defendants.

---------------------------------------------------------x

No. 08 Civ. _____

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)**

RECEIVED
MAR 0 4 2008
U.S.D.C. S.D N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formally Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CI Investments, a private non-governmental party, certifies that it is wholly owned by CI Financial Income Fund, a publicly held company.

Dated: New York, New York
        March 4, 2008

LABATON SUCHAROW LLP

By: _____
Lawrence A. Sucharow (LS-1726)
Eric J. Belfi (EB-8895)
Mark Arisohn (MA-2364)
Anthony J. Harwood (AH-1006)
Joseph A. Fonti (JF-3201)
Javier Bleichmar (JB-1104)
Jesse Strauss (JS-0212)
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

*Attorneys for CI Investments Inc.*

692454 v1
[2/27/2008 10:42]